**Eliza Ferguson, Appellee, v. State Bank of West Pullman, Appellant.**

**Gen. No. 22,903.   (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. JACOB H. HOPKINS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Affirmed. Opinion filed December 21, 1917.

## Statement of the Case.

Action by Eliza Ferguson, plaintiff, against State Bank of West Pullman, defendant, for conversion of a bond of $1,000 face value. From a judgment for plaintiff for $1,000, upon denial of defendant's motion at the close of plaintiff's evidence for a directed verdict, defendant appeals.

HARRY A. BIOSSAT, for appellant.

MANCHA BRUGGEMEYER, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

BONDS, § 23*—*when bank is not innocent purchaser of bond without notice.* Where a depositor in a bank purchased a certain negotiable bond with funds of her deposit account, the president of the bank acting as her representative in the transaction and the cashier of the bank as the fiscal agent of the bank, and a few days later the president negotiated a sale of the bond to the bank, the cashier again acting as the fiscal agent of the bank in the transaction, and the cashier failed to make inquiry as to the president's authority to sell the bond to the bank, the bank was not an innocent purchaser without notice.